15-209-CR

Cause NO. 2009CR11316 W

THE STATE OF TEXAS

VS.

Ramon Davidson

IN THE DISTRICT COURT

144 JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

---

## MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL

---

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Ramon Davidson , Defendant in the above styled and numbered cause and upon the duly verified Pauper's Oath annexed hereto and made a part hereof, and requests the Court appoint counsel on appeal for Defendant and in support of said motion would show the Court the following:

I.

That on the 5 day of MARCH , 2015, judgment was entered and Defendant was sentenced in this cause.

II.

That on the 5 day of April , 2015, timely notice of appeal was given in this cause to the trial court and to the 4th Court of Appeals.

III.

That Defendant is indigent and wholly destitute of means with which to retain counsel to represent Defendant on appeal.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully moves the Court to appoint counsel to represent Defendant in accordance with Article 26.05 of the Texas Code of Criminal Procedure.

Respectfully submitted,

*[signature]*

_____

Attorney for Defendant

Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 20 day of May , 2015, a true and correct copy of the above and foregoing Motion for Appointment of Counsel on Appeal was transmitted to office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

*[signature]*

Defendant

## ORDER

On this the _____ of _____, _____, came on to be heard Defendant's Motion for Appointment of Counsel on Appeal and said motion is hereby

( ) GRANTED          ( ) DENIED

Signed this _____, day of _____, _____

_____

Judge Presiding

Ramon Davidson #768952 MB24
800 N Comal
San Antonio, Tx. 78207



SAN ANTONIO TX
RIO GRANDE DISTR
22 MAY 2015 PM 4

neopost
05/22/2015
US POSTAGE $00.48°

FIRST CLASS MAIL

ZIP 78205
041L12202049



INDIGENT

BEXAR COUNTY JAIL

INMATE MAIL

7820503799

4th Court of Appeals
BCCTC
300 Dolorosa
San Antonio, Tx. 78205